**Theodore M. NICKENS,
Plaintiff–Appellant,**

v.

**Eddie L. PEARSON, Chief Warden; Sergeant Mills; Corporal Hawkins; Corporal Freeman, Defendants–Appellees.**

No. 02–7054.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 19, 2002.

Decided Sept. 30, 2002.

Theodore M. Nickens, Appellant Pro Se. Pamela Anne Sargent, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Theodore M. Nickens appeals the district court's order dismissing his civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Nickens v. Pearson,* No. CA–00–805–3 (E.D. Va. June 21, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*